G. Thomas Martin, III, CA Bar No. 218456
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Boulevard, Suite 300
Encino, California 91436
T: (323) 375-5151
F: (480) 613-7733
E: tmartin@consumerjustice.com

*Attorneys for Plaintiff Steven Duce*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DUCE, | Case No.: 1:26-cv-02191-JLT-CDB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Steven Duce and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Equifax only. Plaintiff further requests that the Court

1

retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 29, 2026

/s/ G. Thomas Martin, III
G. Thomas Martin, III, CA #218456
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Boulevard, Suite 300
Encino, California 91436
T: (323) 375-5151
F: (480) 613-7733
E: tmartin@consumerjustice.com

*Attorneys for Plaintiff Steven Duce*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart